**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
In re:

EDWARD PEREZ,

  Debtor.

Chapter 13

Case No.:   110-51617-ESS

--------------------------------------------------------X

    "First Modified"   **CHAPTER 13 PLAN**

1. The future earnings of the debtor are submitted to the supervision and control of the Trustee and the debtor shall **pay to the Trustee for a period of 36 months:**

    The sum of $4,248.00, payments are to be as follows:
    $118.11 commencing January 2011through and including December 2014 for a period of 36 months.

2. From the payments so received, the Trustee shall make disbursements as follows:

    a. Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507, **10% Trustee's Commission. Your's Fee in the amount of $3,996.00** [garbled]

    b. Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:
    **ALL POST PETITION PAYMENTS, INCLUDING BUT NOT LIMITED TO, MORTGAGE PAYMENT, VEHICLE PAYMENT, REAL ESTATE TAXES and INCOME TAXES, TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR.**

    **Debtor surrenders the following property and upon confirmation of this Plan or as otherwise ordered by the court, bankruptcy stays are lifted as to the collateral to be surrendered.**

    **Claimant: Ocwen Loan Servicing, LLC**
    **Property to Be Surrendered: 91 Steuben Street, Staten Island, NY 10304**
    **Value of Collateral: $312,000.00**
    **Remaining unsecured debt: $0.00**

    c. Subsequent to pro rata with dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

    Unsecured creditors to receive 0 % of their timely filed proofs of claim.

    Late filed unsecured claims will receive no distribution under the plan.

3. The following executory contracts of the debtor are rejected.

    None.

     4.    Title to the debtor's property shall revest in the debtors upon completion of the plan, unless otherwise provide in the Order confirming this plan.  Throughout the term of this plan, the debtor will not incur post-petition debt over $2,000 without written consent of the Chapter 13 Trustee or the Court.

     5.    During the pendency of this case, the debtor will provide the Trustee with signed copies of federal and state tax returns for each year no later than April 15th of the year following the tax period.  Indicated tax refunds are to be paid to the Trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed.

Dated: Staten Island, New York
       January 29, 2011

                                                                /s/Edward Perez
                                                               Edward Perez
                                                                Chapter 13 Debtor

Evelyn Akushie-Onyeani, Esq.


/s/Evelyn Akushie-Onyeani
By: ONYEANI LAW FIRM, LLC
76 South Orange Avenue, Suite 200
South Orange, NJ 07079
973-821-5399